UNITED STATE DISTRICT COURT
DISTRICT OF COLUMBIA : CIVIL FOIA DIVISION
-------------------------------------------X
DALE ROBERT JAVINO
            Plaintiff

   - Against -                            OPPOSITION TO SUMMARY JUDGMENT
                                                            Docket No. 23-CV- 01678-APM
MATTHEW W. HURD, CHRISTINA D. TROIANI,
OFFICE OF GOVERNMENT INFORMATION
SERVICES, NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,
            Defendant(s).
-------------------------------------------X

Dale Robert Javino pro se Plaintiff Being duly sworn submit this affidavit as opposition to the governments motion for Summary judgment as follows;

## Background

Plaintiff Javino doesn't dispute the governments background statement but contests the fact the FBI would only give me 24 documents of 1619 being the 1991 case from over 30 years ago are long over and why can't I have those documents.

## Burden falls upon the moving party

1). The burden for proving summary judgment falls upon the movant which in this instance is the Defendant Government and their agents. No triable genuine issues of fact Celeotex Corp. v Catrett, 477 U.S. 317,322 ( 1986) The nonmoving party must set forth specific facts showing that there is a genuine issue for trial Anderson , 477 U.S. at 248. . In this matter I asked the government "if the defendants can submit a sworn to affidavit that Brother-in-law Mark Edward Alter did or did not inform them that Dale Robert Javino Stormed the Capitol " This would clear up a family dispute,  then plaintiff Javino  would immediately withdraw the action

1



RECEIVED
NOV 27 2024
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

and close the case ( see attached exhibit A email to U.S. Attorney) . Obviously no affidavit had ever come about and thus the case was not closed . What did come was an email (see exhibit B) The defendants could not submit an affidavit. That by itself tells the world that Pursuant to FBI DOJ protocol they cannot divulge the name of an informant etc. etc. by virtue of fear of retaliation etc. etc. to that informant. Disclosing that Mr. Alter did not inform the FBI is not violating the FBI DOJ protocol therefore "no affidavit" would simply show by process of elimination who is the informant obviously Mark Edward Alter.

### Redacted or unredacted files allowed to be disclosed to Plaintiff

2). I believe there is 1619 FBI files on plaintiff Javino that about 24 were allowed to be disclosed. And its my belief because of a pending investigation which is all good and dandy, if plaintiff is a victim of a crime in lieu of this informant who perjured himself to the FBI to get Plaintiff in trouble then it is my position I'm entitled to know who perpetrated this crime. US v Aquilar False statement prosecution of obstruction of justice. I wish to prosecute this person sue for defamation and slander or whatever legal vehicle I can use to prevent disgruntled parties from bearing false witness in the future. Clemente v FBI , 867 F.3d 111,(DC Cir 2017). Agency fulfills its obligation under FOIA; however, one of the 24 documents redacted the person's name who on April 27, 2021 physically went as a follow up to the FBI Melville office to be further interviewed ( see exhibit C) . In essence The Government ABSOLUTELY has the name of the person who committed a crime against myself.

### Name of one perjurer I do not need agents' names or any government people, staff or person or government tactics and or investigative methods nothing

3). In all candor I would never go against our government never have never will. A fellow inmate in USP Atlanta ( please note I spent much time in the prison law library helping

2

unfortunates) One unfortunate stolen one turtle egg that we know about from Miami beach, obviously from a protected area got caught and was sentence to six (6) months in Federal prison. Do you honestly think I'm going to storm the Capitol and break up a Presidential certification . That is so bizarre because that is major Federal law breaking and a million years in jail and though I was in Washington DC on January 5th and 6th I am fully aware of the Enforcement end of our Federal Government and simply did not break any laws ( side bar I didn't do anything to deserve to go to Federal prison in 1991 other than I'm a city slicker moved to upstate New York and was Prejudiced by the REDNECK authorities ( Emphasis added) ) So with that being said I don't know what else to say as far as Federal law breaking the day in question and I deserve to be heard and helped to combat judicial perjury by a person I am informing our government this person absolutely lied not even maybe. Give me my day in court with this person. I do not need anything other than a confirmation and exactly what this person said Because pursuant to law one must verbatim state exactly what the person said,. Even though I did not storm the Capitol. I am very sure before the FBI came to my home on January 7, 2022 and January 12, 2022 they knew everything about me. The government would never send agents to a person's home who they didn't fully check out. Unfortunate for me MY name and life were ruined in 1991 by the same exact set of circumstances we are dealing with today. Michael Constantino and Lynn Fitzgerald testified against me lied to the Authorities and to the court. In that matter US V Javino 960 something I was found guilty of all three charges Possession of an unregistered weapon 26 USC 5845 or something no registration number and it wasn't filed with the State department It was a bottle for half filled with paint thinner with a firecracker taped to the top My finger prints were not on it It was not my car the owner and driver Milton Block said I had nothing to do with it he plead guilty in the state he also was

3

forced to testify as a material witness against me and said absolutely nothing bad about me at all because that was the truth. It's been over 30 years Michael Constantino and Lynn Fitzgerald were never harmed killed or disappeared that I know of and its comical and today the same crap is happening and the government instead of helping find out the truth they are covering it up when the person who committed perjury should be going to federal prison like the turtle egg guy. You people don't understand Every court case I'm involved with the first thing these attorney bring up HES A VIOLENT CONVICTED FELON . My divorce never got to see one visitation of our daughter since 2012 to date, Traffic tickets, civil litigation anything and everything and I am prejudiced in every matter . Even on dates "check please" And the absurdity I taken three Police tests and one fire department NYC test . In Miami the day of that test I woke up to a 6'8" Cuban standing over me while I was at my cousin's home in Kendal Florida. I still have the police reports I threw a hammer at the guy as he went out the window and missed him because I was so scared.  I was in the cub scouts in 1971 10 years old marching in the pour rain holding a banner St Mary Gate of Heaven Cub Pack 173 I won the pine wood derby that year out of thousands of NYC kids they even had a 500-person spaghetti and meatball dinner on my behalf and there is so much more. And you people continue to prejudice myself when I did absolutely nothing wrong other than trust our government ( I never taken the stand) . I went on a cruise ship and when I went to go back on all the bells and buzzers when off I'm on the terrorist watch list. The captain had to come down to get me on the ship. If you punch up Ramseys Useph name of the terrorist who bombed the World trade center in 1993 He used my case whereas Count one was reversed. In the second circuit court of appeals. If you google his name my name comes up along with his. I was supposing to be a cop I would have absolutely made a difference but the evil that is involved in this matter today

4

is the same evil that surrounded us all and put an innocent man in prison 1991 to 1993. I learned a lot of law I presented a 28 USC 2255 motion and alone in Albany NY went before two federal judges and both US attorneys who prosecuted me and asked them WHAT CAN I BRING YOU TO PROVE IM INNOCENT after congratulating them for sending an innocent man to prison.

### In conclusion

I did not break any federal laws; I diligently research any and every law before I make any moves ( I'm passionate about law) . And if so will always try to be in compliance or become in compliance in lieu of the real unforgiving world we live in. The simple fact the two government witnesses who committed perjury against me in 1991 Michael Constantino and Lynn Fitzgerald are unharmed and still alive as far as I know. Releasing a person name who committed perjury or give me my day in court to show this Honorable Court the person broke the law "Obstruction of justice" wasting government resources . The fact I went for Civil service three police departments Nassau County NY I obtained a 95.6 on the test and had that job in the bag. And NYC fire department which I have poof of all of this why would I be Commit crimes against our government. I would have joined the military but because there wasn't a war going on why join even filed the Selective service application when I was 18 in lieu of that law. and in all candor I could have made a difference God has a bigger plan for me.

**WHEREFORE,** plaintiff Javino pray that the honorable Court deny the governments motion for Summary judgement in its entirety allow me to go forward and prosecute the person who committed perjury, allow me to go after them civilly and any other further relief this Court deems just and proper.

DATED FROM CENTER MORICHES

NEW YORK

NOVEMBER 7, 2024



DALE R JAVINO

(NOTARY)

REBECCA R SKELTON
Notary Public - State of New York
NO. 01SH0004275
Qualified in Suffolk County
My Commission Expires Mar 28, 2027

TO:   MATTHEW M GRAVES D.C. BAR # 481052
      United States Attorney
      Brian P. Hudak
      Chief, Civil Division

      John J. Bardo, D.C. Bar # 1655534
      Assistant United States Attorney
      601 D Street, NW
      Washington D.C. 20530
      (202) 870-6770
      JOHN.BARDO@USDOJ.GOV

UNITED STATE DISTRICT COURT
DISTRICT OF COLUMBIA : CIVIL FOIA DIVISION
------------------------------------------X
DALE ROBERT JAVINO
        Plaintiff

    - Against -

MATTHEW W. HURD, CHRISTINA D. TROIANI,
OFFICE OF GOVERNMENT INFORMATION
SERVICES, NATIONAL ARCHIVES AND RECORDS
ADMINISTRATION,
        Defendant(s).
-------------------------------------------------X

**AFFIDAVIT OF SERVICE**
Docket No. 23-CV- 01678-APM

DALE ROBERT JAVINO Being duly sworn depose and state as follows:

On NOVEMBER 27, 2024 I served a true copy of Summary Judgment Opposition by emailing John J. Bardo; JOHN.BARDO@USDOJ.GOV and mailing a true copy to U.S. Attorney General located at Attorney General Brian Schwalb 400 6th Street North West, Washington D.C. 20004 and U.S. Attorney District of Columbia Matthew M. Graves 601 D Street North West, Washington D. C. 20004 first class prepaid mail.

Dated: November 27, 2024

Respectfully submitted,

Dale R Javino